RECEIVED
IN LAKE CHARLES, LA.
APR 9 2012
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BAKIR RAJKOTWALA** | : | **DOCKET NO. 11-CV-1989** |
| VS. | : | JUDGE MINALDI |
| PHILIP T. MILLER, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law, it is

ORDERED that the respondent's Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus is hereby DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 4 day of April, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE